UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:	Case No. 6:05-bk-17769-ABB
	Chapter 11

Gooding's Supermarkets, Inc.
dba Gooding's
fdba Gooding's of Maitland, Inc.
fdba Gooding's of Warehouse, Inc.
fdba Gooding's/Ogden/Ali LC
fdba Gooding's Warehouse/Ogden Entertainment LC
8255 International Drive
Suite 120
Orlando, FL  32819

	Debtor(s)
_____/

## NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within 20 days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 135 West Central Boulevard, Suite 950, Orlando, FL 32801, and serve a copy on the movant's attorney, R. David Ayers, Jr., Esquire, 1680 Lee Road, Winter Park, FL 32789, and any other appropriate persons.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

## CREDITOR'S MOTION FOR RELIEF FROM STAY

COMES NOW Creditor, BOB BONALEWICZ, by and through undersigned counsel and moves this Honorable Court for relief from the stay placed on his liability action against the above Debtor, pending reorganization, to the extent of any bodily injury

coverage that the Debtor had in force and effect at the time of Creditor's accident that occurred on November 6, 1999 and for cause would show that:

Creditor, BOB BONALEWICZ', claim involves injures which he sustained from a slip and fall accident at the Debtor's grocery store location, resulting in permanent injuries. A claim and eventually a lawsuit was filed in the Circuit Court for Orange County, Florida for said injuries in the amount of $150,000.00. Creditor, BOB BONALEWIDZ, seeks to be relieved from the stay issued in this bankruptcy court to proceed with his claim against the Debtor, up to the extent of available bodily injury coverage that the Creditor had in force and effect at the time of his accident of November 6, 1999. A copy of the available coverage is attached as Exhibit "1".

WHEREFORE, Creditor, BOB BONALEWICZ, moves for relief from stay to continue his action the Circuit Court for Orange County, Florida, up to the extent of available bodily injury liability insurance coverage that the Debtor had in force and effect at the time of Creditor's accident of November 6, 1999.

DATED, this 6th day of April, 2006.

_____
R. DAVID AYERS, JR., ESQUIRE
Florida Bar No. 171871
1680 Lee Road
Winter Park, FL 32789
PH: (407)628-4871
FAX: (407) 628-8417
Attorney for Creditor, BOB BONALEWICZ

BMG-1000

# AGRICULTURAL EXCESS & SURPLUS INSURANCE COMPANY

49 East Fourth Street, Suite 300, Cincinnati, OH 45202-3803 (513) 579-6300

RENEWAL OF  N/A  POLICY NO.  PL 1415005

## DECLARATIONS

NAMED INSURED:  GOODINGS SUPERMARKETS, INC. ETAL
MAILING ADDRESS:  2349 APOPKA BLVD., APOPKA, 32704

POLICY PERIOD: From  05/15/1999  to  05/15/2000
at
12:01 A.M. Standard Time at your mailing address shown above.

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

**LIMITS OF INSURANCE**

| | |
|---|---|
| GENERAL AGGREGATE | $ 2,000,000 |
| PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT | $ 2,000,000 |
| PERSONAL & ADVERTISING INJURY LIMIT | $ 1,000,000 |
| EMPLOYEE BENEFITS AGGREGATE LIMIT | $ 1,000,000 |
| LIQUOR LIABILITY | $ 1,000,000 |
| EACH OCCURRENCE LIMIT | $ 1,000,000 |
| DRUGGISTS LIABILITY AGGREGATE | $ 1,000,000 |
| SEXUAL MISCONDUCT SUBLIMIT/AGGREGATE | $ 100,000 |
| FIRE DAMAGE LIMIT | $ 100,000 ANY ONE FIRE |
| MEDICAL EXPENSE LIMIT | $ 5,000 ANY ONE PERSON |

**DEDUCTIBLE: $25,000**          **SELF INSURED RETENTION (SIR): N/A**

**RETROACTIVE DATE (CG 00 02 only)**

Coverage A of this insurance does not apply to "bodily injury" or "property damage" which occurs before the Retroactive Date, if any, shown below:

Retroactive Date:  None        (Enter Date or "None" if no Retroactive Date applies)

Form of Business:
[ ] Individual                              [ ] Partnership

[ ] Joint Venture                        [X] Organization (Other than Partnership or Joint Venture)

Business Description:  See Designated Operations Endorsement (BMG-519)
Location of All Premises You Own, Rent or Occupy:  See Scheduled Location Endorsement (BMG-27)

| CLASSIFICATION | CODE NO. | PREMIUM BASIS | RATE | MINIMUM & DEPOSIT PREMIUM |
|---|---|---|---|---|
| Retail | 23 | Gross Receipts | .781 of G.R. | $177,000. |

ENDORSEMENTS ATTACHED TO THIS POLICY:  See Attached Schedule of Forms and Endorsements

COUNTERSIGNED BY:  _(signature)_
AUTHORIZED SIGNATURE

EXHIBIT "1"

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTROCT OF FLORIDA
ORLANDO DIVISION

In re:                                    Case No. 6:05-bk-17769-ABB
                                          Chapter 11

Gooding's Supermarkets, Inc.
dba Gooding's
fdba Gooding's of Maitland, Inc.
fdba Gooding's of Warehouse, Inc.
fdba Gooding's/Ogden/Ali LC
fdba Gooding's Warehouse/Ogden Entertainment LC
8255 International Drive
Suite 120
Orlando, FL 32819

       Debtor(s)
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the "CREDITOR'S MOTION FOR RELIEF FROM STAY" has been furnished the following this 6th day of April, 2006.

| | |
|---|---|
| Debtor: | Gooding's Supermarkets, Inc.<br>Attn: Russell Doerk<br>PO Box 691329<br>Orlando, FL 32869 |
| Debtor's Attorney: | R. Scott Shuker, Esquire<br>PO Box 3353<br>Orlando, FL 32802-3353 |
| U.S. Trustee: | 135 West Central Blvd., Suite 620<br>Orlando, FL 32801 |
| Creditor's Committee: | Glenn Jensen, Esquire<br>Akerman Senterfitt<br>PO Box 231<br>Orlando, FL 32802-0231 |

All additional parties, as noted on the matrix attached to the original of this motion filed with this Court, have also been served with a copy of the foregoing Motion.

Dated this 6th day of April, 2006.

_____
R. DAVID AYERS, JR., ESQUIRE
Florida Bar No. 171871
1680 Lee Road
Winter Park, FL 32789
PH: (407)628-4871
FAX: (407) 628-8417
Attorney for Creditor, BOB BONALEWICZ

Filed:
Clerk of Bankruptcy Court
Middle District of Florida
Orlando Division
135 West Central Blvd., Suite 950
Orlando, FL  32801

Bob Bonalewicz
c/o R. David Ayers, Jr., Esq.
1680 Lee Road
Winter Park, FL 32789

Daniel J. O'Malley, Esq. and
Thomas F. Neal, Esq.
DeBeaubien, Knight, *et al.*
PO Box 87
Orlando, FL 32802-0087

David H. Simmons, Esq
Drage DeBeaubien
332 N Magnolia Ave
Orlando, FL 32801

Grand Lou, LLC
930 S. Harbor City Blvd, Ste 505
Melbourne, FL 32901

Highland Lakes Assoc
c/o MS Management Assoc
7260 Market Street
Youngstown, OH 44512

Kevin Smith, Esq
255 S. Orange Ave, Ste 800
Orlando, FL 32801

Orlando Marketplace LP
5454 Wisconsin Ave, Ste 1265
Chevy Chase, MD 20815

Passaic Avenue Assoc LP
26 Park Place, 2nd Floor
Morristown, NJ 07960

Russell Doerk
c/o Gooding's Supermarkets, Inc.
8255 International Dr, Suite 120
Orlando, FL 32819

Ruth S. Smith
Snodgrass Heirs
308 Running Winds Lane
Maitland, FL 32751

The Mutual Life Insurance Co of NY
c/o MONY Real Estate Inv Mgmt
5887 Glenridge Dr, Ste 400
Atlanta, GA 30328

William Dauksch
514 Arbor Drive
Florence, SC 29501

Woolbright Development, Inc
3200 N Military Trail, 4th Floor
Boca Raton, FL 33431

Woolbright Development, Inc
7600 Dr. Phillips Blvd, Suite 1
Orlando, FL 32819