# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In re:                                    CASE NO.  6:05-bk-17769-ABB

**GOODING'S SUPERMARKETS, INC.**         CHAPTER 11

Debtor.

_____/

## NOTICE OF EFFECTIVE DATE

**GOODING'S SUPERMARKETS, INC.** ("Goodings" or "Debtor"), hereby gives notice of the Effective Date of Amended Plan of Reorganization (the "Plan") and in support thereof state as follows:

1.      On October 26, 2006, the Court entered an Order Confirming Amended Plan of Reorganization, submitted by Gooding's Supermarkets, Inc. (Doc. No 444) (the "Confirmation Order").

2.      Pursuant to the Plan and Confirmation Order, the Effective Date (as defined in the Plan) is within 30 days after the Bankruptcy Court has entered the Confirmation Order and provided that no appeal of the Confirmation Order is pending; provided, however, that the Effective Date shall no occur until all the preconditions to the occurrence of the Effective Date set forth in the Plan have been met.

3.      There are no required obligations for the Plan to become effective that have not either been satisfied or waived and accordingly, the Effective Date is December 4, 2006

**DATED** this 4th day of December 2006.

/s/ R. Scott Shuker
R. Scott Shuker, Esq.
Florida Bar No. 984469
**GRONEK & LATHAM, LLP**
390 N. Orange Ave., Suite 600
Orlando, Florida  32802-3353
Telephone:  407-481-5800
Facsimile:  407-481-5801
Attorneys for Debtors

In re:                                        CASE NO.  6:05-bk-17769-ABB

**GOODING'S SUPERMARKETS, INC.,**            **CHAPTER 11**

                    **Debtor.**
_____/

### Certificate of Service

      **I HEREBY CERTIFY** that a true copy of **NOTICE OF EFFECTIVE DATE** together with all exhibits, has been furnished by either electronic transmission and/or U.S. First Class mail, postage prepaid, to all creditors and interested parties according to the matrix attached to the original of this notice and filed with the Court on this 4th day of December 2006.

                                        /s/ R. Scott Shuker
                                        R. Scott Shuker, Esquire

of Gooding's Supermarkets, Inc.
c/o W. Glenn Jensen
300 East Pine Street, Suite 730
Capital Plaza II
Orlando, Fl 32801

A CRANE CO COMPANY
12955 ENTERPRISE WAY
BRIDGETON, MO 63044

A&M PAINTING,INC
P.O.BOX 337
THONOTOSASSA, FL 33592

AB&T CENTRAL AUDIT OFFICE
1940 NORTH MONROE STREET
TALLAHASSEE, FL 32399-1045

ACE EXPEDITERS, INC.
P.O. BOX 2513
ORLANDO, FL 32802

ACTION-GATOR
333 THORPE RD
ORLANDO, FL 32824

ADT Security Systems
PO Box 371967
Pittsburg, PA 15250

ADT Security Systems Inc
14200 East Exposition Avenue
Aurora CO 80012

ADT Security Systmes
c/o Thomas K. Sciarrino, Jr.
PO Box 800
Tampa, FL 33601

ADVANCED COMMERCIAL
CONTRACTOR2766 E.ORANGE AV
2766 E. ORANGE AVE.
EUSTIS, FL 32726

ADVANCED PEST ELIMINATION
P.O. BOX 622156
OVIEDO, FL 32762

AH COMPUTER SERVICES, INC.
7221 ALOMA AVE. SUITE#300
WINTER PARK, FL 32792

AL-LEN LOCK COMPANY
4550 W.COLONIAL DR.
ORLANDO, FL 32808

ALBERT'S ORGANICS
P.O.BOX 624
BRIDGEPORT, NJ 08014

ALDOORS OF FLORIDA, INC.
P.O.BOX 15639
DURHAM, NC 27704-0639

ALL TEMP REFRIGERATION,LLC.
P.O.BOX 1010
AUBURNDALE, FL 33823

ALLIANCE COMMUNICATION CENTER
1790 LEE ROAD
ORLANDO, FL 32810

AMERICAN FIDELITY ASSURANCE
P.O.BOX 268805
OKLAHOMA CITY, OK 73126

AMERICAN PENSION SERVICE,INC
1410 N. WESTSHORE BLVD.,#109
TAMPA, FL 33607

AMERIGAS-ORLANDO
P.O.BOX 371473
PITTSBURGH, PA 15250-7473

AMERISUITES-UNIVERSAL
5895 CARAVAN COURT
ORLANDO, FL 32819

ARAMARK UNIFORM SERVICES
2741 S.DIVISION AVE.
ORLANDO, FL 32805

ARCHWAY COOKIES, LLC
231291 MOMENTUM PLACE
CHICAGO, IL 60689-5311

ARCTICA ICE CREAM
500 N.E.185th STREET,SUITE 15
MIAMI, FL 33179

ARIZONA BEVERAGE CO
2450 WEST COPANS RD
POMPANO BEACH, FL 33069

ASSOCIATED (celebration)
P.O.Box 520695
Miami, FL 33152

ASSOCIATED GROCERS
OF FLORIDA INC
7000 NW 32 AVE
MIAMI, FL 33147

ASSOCIATED GROCERS of FL,INC.
P.O.BOX 520695
MIAMI, FL 33152

AT & T
P.O. BOX 78225
PHOENIX, AZ 85062

ATLANTA SHARPTECH
P.O.BOX 11000
ATLANTA, GA 30310

AURORA WORLD,INC
8820 MERCURY LANE
PICO RIVERA, CA 90660

AUTO-OWNERS INSURANCE
P.O.BOX 30315
LANSING, MI 48909

AVANTI PRESS
P.O.BOX 67000,Dept# 210401
DETROIT, MI 48267

Albert's Organics
PO Box 624
Bridgeport, NJ 08014-0624

Adam L Alpert
Bush Ross, P.A.
Post Office Box 3913
Tampa, FL 33601-3913

Arraycomm, LLC
c/o David Bowman, General Counsel
2480 N. First Street, Suite 200
San Jose, CA 95131-1014

Associated (Celebration)
c/o Shevlin and Atkins Attorneys
1111 Kane Concourse, Suite 605
Bay Harbor, FL 33154

Attn: Legal Department
LANCE INC
POBOX 32368
CHARLOTTE, NC 28247

R David Ayers Jr
1680 Lee Road
Winter Park, FL 32789

BAGEL KING BAKERY-WHOLESALE
5021 EDGEWATER DRIVE
ORLANDO, FL 32810

BANK OF AMERICA
P.O. BOX 53155
PHOENIX, AZ 85072

BANK of AMERICA
P.O. 60073
CITY OF INDUSTRY, CA 91716-0073

BARLOWORLD FLEET LEASING
11301-C GRANITE ST
CHARLOTTE, NC 28273

BARLOWORLD FLEET LEASING LLC
P.O.BOX 402473
ATLANTA, GA 30384

BARLOWORLD FLEET LEASING, LL
PO BOX 410050
CHARLOTTE, NC 28241

BAY HILL GOLF TOURNAMENT
BAY HILL INVITATIONAL
ATTN: JIM BELL
9000 BAY HILL BLVD.
ORLANDO, FL 32819,  32819

BELLA VISIONS,INC.
837 SUNSHINE LANE
ALTAMONTE SPRINGS, FL 32714

BELLSOUTH
P. O. BOX 70529
CHARLOTTE, NC 28272-0529

BISME TRADE,INC.
P.O.BOX 26583
TAMPA, FL 33622

BLOOMSEXPRESS
1200 NW 78th AV #210/211
MIAMI, FL 33126

BLUE BELL CREAMERIES
P.O.BOX 973601
DALLAS, TX 75397-3601

BLUE CROSS/BLUE SHIELD
OF FLORIDA
PO BOX 2458
JACKSONVILLE, FL 32231-0047

BON APPETIT
4525 DISTRICT BLVD
VERNON, CA 90058

BP-RP UNIVERSAL,LLC
1733 W. Fletcher Avenue
Tampa, FL 32612

BP-RP Universal, LLC
c/o Samuel J. Zusmann, Jr., Esq.
Holland & Knight LLP
200 S. Orange Avenue
Suite 2600
Orlando, FL 32801

BP-RP Universal, LLC
c/o Samuel J. Zusmann, Jr., Esq.
Holland & Knight LLP
200 S. Orange Avenue, Suite 2600
POB 1526, Orlando, FL  32802-1526 32802-

BP-RP Universal, LLC
undeliverable

BRASWELL ELECTRIC INC
100 TECHNOLOGY PARK DR #100
LAKE MARY, FL 32746

BRENMAR Co.,INC.
P.O. Box 4636
OMAHA, NE 68104

BRIDGFORD FOODS OF ILLINOIS
2036 COLLECTION CENTER DR
CHICAGO, IL 60693

BRIO FOODS
2145 VISCOUNT ROW
ORLANDO, FL 32809

BROADWAY DRY CLEANERS&LAUNDRY
417 EAST BROADWAY AV
KISSIMMEE, FL 34741

BRONZE/PALM BAY LTD PTR
C/O BRONZE HOLDINGS INC
1853 E PIEDMONT RD NE
MARIETTA, GA 30066

BRUNO'S GOURMET KITCHEN
P.O.BOX 1209
WINTER PARK, FL 32790

BUCKEYE CLEANING CENTER
P.O.BOX 795056
ST LOUIS, MO 63179

BUYPASS/CONCORD
P.O. BOX 1000,DEPT 229
MEMPHIS, TN 38148

Bank of America, NA, (USA)
PO Box 26012
NC4-105-03-14
Greensboro, NC  27420

Charles D Bavol
400 N Ashley Dr Ste 2500
PO Box 1440
Tampa, FL 33601-1440

Matt E Beal
450 South Orange Avenue
Suite 800
Orlando, FL 32801

Matt Beal, Esquire
Lowndes, Drosdick et al
PO Box 2809
Orlando, FL 32802-2809

BellSouth Telecommunications Inc
29EF1-301 W Bay St
Jacksonville, FL 32202

Best Brands Corp
6307 North 53rd Street
Tampa FL 33610-4098

Bloomco, LLC
undeliverable

Blue Bell Creameries
PO Box 1807
Brenham TX 77834-1807

Bob Bonalewicz
c/o David Ayres, Jr. Esq.
1680 Lee Road
Winter Park, FL 32789

Bob Bonalewicz
c/o R. David Ayers, Jr.
1680 Lee Road
Winter Park, FL 32789

David M. Brown
1 North Brentwood Blvd. 10th Floor
St. Louis, MO 63105

Andrew M Brumby
Shutts & Bowen LLP
Post Office Box 4956
Orlando, FL 32802

Andrew M. Brumby
Shutts & Bowen LLp
Post Office Box 4956
Orlando, FL 32802

Michael P Brundage
Jennis Bowen & Brundage, P.L.
400 North Ashley, Suite 2540
Tampa, FL 33602

C&A LTD
undeliverable

CANDLELITE DESIGNS,INC
P.O.BOX 470744
CELEBRATION, FL 34747-0744

CAPITAL SIGN & DESIGN
6110 EDGEWATER DRIVE  UNIT #L
ORLANDO, FL 32810

CAPO LIFESTYLE/STYLESCIENCE
P.O.DRAWER 730429
ORMOND BEACH, FL 32173

CARDTRONICS
3110 HAYES ROAD,SUITE 300
HOUSTON, TX 77082

CARIBBEAN SUPERCENTER
5111 W. COLONIAL DR
ORLANDO, FL 32808

CARVEL ICE CREAM BAKERY
LOCKBPX 4046  P.O.BOX 8500
PHILADELPHIA, PA 19178

CCH INC.
P.O.BOX 4307
CAROL STREAM, IL 60197

CENTRAL COMMUNICATIONS
NETWORK
1412 W. COLONIAL DR.
ORLANDO, FL 32804

| | | |
|---|---|---|
| CHARMING SHARK/ JMS ASSOC.<br>1489 W.PALMETTO PARK RD #480<br>BOCA RATON, FL 33486 | CHASTANG,FERRELL,SIMS P.A.<br>1400 WEST FAIRBANKS AVE<br>SUITE 102<br>WINTER PARK, FL 32789 | CHEM-PLUS SERVICE SYSTEMS,INC.<br>3935 ST.JOHNS PARKWAY<br>SANFORD, FL 32771 |
| CHICK-FIL-A @ UNIVERSITY<br>11350 UNIVERSITY BLVD<br>ORLANDO, FL 32817 | CHRIS SHILD<br>3210 TENNESSEE TERRACE<br>ORLANDO, FL 32806 | CINTAS CORPORATION #073<br>4392 34TH STREET<br>ORLANDO, FL 32811 |
| CITICORP VENDOR FINANCE<br>PO BOX 728<br>PARK RIDGE, NJ 07656 | CITICORP VENDOR FINANCE,INC.<br>P.O. BOX 7247-0322<br>PHILADELPHIA, PA 19170-0322 | CITY BEVERAGES<br>P.O.BOX 620006<br>ORLANDO, FL 32862 |
| CITY OF MELBOURNE<br>UTILITIES DIVISION<br>MELBOURNE, FL 32901 | CITY OF ORLANDO<br>1920 N FOREST AV<br>ORLANDO, FL 32803 | CITY OF ORLANDO<br>OFFICE OF PURCHASING AND<br>MATERIALS MGMT<br>PO BOX 4990<br>ORLANDO, FL 32802-4990,  32802-4990 |
| CITY OF TITUSVILLE<br>P.O.BOX 2807<br>TITUSVILLE, FL 32781 | CLASSIC DELI PROVISIONS<br>164 HOPE STREET<br>LONGWOOD, FL 32750 | CNA DEDUCTIBLE RECOVERY GROUP<br>NW 7905 P.O.BOX 1450<br>MINNEAPOLIS, MN 55485-1450 |
| COATES & ASSOCIATES of C.F.<br>P.O.BOX 690879<br>ORLANDO, FL 32869 | COCA-COLA<br>BOTTLING CO - ORLANDO<br>PO BOX 102519<br>ATLANTA, GA 30368 | COLAMCO INC.<br>975 FL.CENTRAL PKWY.<br>SUITE 1100<br>LONGWOOD, FL 32750 |
| COMFORT HOUSE<br>2450 TITAN ROW<br>ORLANDO, FL 32809 | COMMERCIAL ELECTRIC<br>1616 CHERRYWOOD LANE<br>LONGWOOD, FL 32750 | COMMERCIAL SYSTEMS GROUP<br>175 SEMORAN COMMERCE<br>PLACE DRIVE<br>APOPKA, FL 32703 |
| COMP OPTIONS<br>P.O.BOX 862782<br>ORLANDO, FL 32886-2782 | CONVERGYS<br>225 INTERNATIONAL PARKWAY<br>LAKE MARY, FL 32746 | COZZINI INC.<br>1919 PREMIER ROW<br>ORLANDO, FL 32809 |
| CRANE MERCHANDISING SYSTEMS<br>P.O.BOX 932679<br>ATLANTA, GA 31193-2679 | CREATIVE IMPACT<br>7380 SAND LAKE RD #135<br>ORLANDO, FL 32819 | CTA ARCHITECTS ENGINEERS<br>306 W.RAILROAD AV SUITE 104<br>MISSOULA, MT 59802 |
| CULINARY COFFEE COMPANY<br>3030 SE DOMINICA TERRACE<br>STUART, FL 34997 | Chick-Fil-A @ Kirkman<br>4752 S. Kirkman Rd<br>Orlando, FL 32811 | Cingular Wireless<br>undeliverable |

Citibank (USA) N.A.
Assoc./Texaco Payment Center
4300 Westown Parkway
West Des Moines,  IA  50266

Coface North America, Inc
Attn: Amy Schmidt
PO Box 2102
Cranbury, NJ 08512

Stewart Cohen
1516 E. Hillcrest Ste.204
Orlando, FL 32803


Coldwell Banker Commercial NRT
c/o Jeffrey M. Tanner
901 N. Lake Destiny Drive, Ste. 110
Maitland, FL 32751

Colonial Properties
undeliverable

Roberta A. Colton
PO Box 1102
Tampa, FL 33601


CompBenefits INSURANCE CO.FL
P.O. BOX 769649
ROSWELL, GA 30076-8225

Crane National Vendors
c/o David M. Brown
1 North Brentwood Blvd. 10th Floor
St. Louis, MO 63105

Crane National Vendors
c/o David M. Brown
1 North Brentwood Blvd., 10th FLoor
St Louis, MO 63105


Crane National Vendors
c/o David M. Brown
1 North Brentwood Blvd. 10th Floor
St. Louis, MO 63105

Rachael Mahaffey Crews
Rush Marshall Jones & Kelly
P.O. Box 3146
Orlando, FL 32802-3146

D R and G Inc.
1260 SARATOGA LN.
GENEVA, FL 32732


DADE PAPER COMPANY
6918 PRESIDENTS DR.
ORLANDO, FL 32859

DANNY SCHUTT
P.O.BOX 2751
APOPKA, FL 32704

DATA SUPPLIES, INC./DSI
P.O. BOX 102413
ATLANTA, GA 30368-0413


DAVID M WARREN ESQ
POYNER & SPRUILL LLP
A/F NCB, FSB
130 S FRANKLIN STREET
ROCKY MOUNT, NC 27804,  27804

DAWN FOOD PRODUCTS INC
8601 NW 81st ROAD,SUITE 3
MEDLEY, FL 33166

DECOPAC
SDS 12-0871  P.O.Box 86
MINNEAPOLIS, MN 55486-0871


DEL MONTE FRESH PRODUCE N.A.
33979 TREASURY CENTER
CHICAGO, IL 60694-3900

DELI MASTERS
309 ALTAMONTE COMMERCE BLVD.
ALTAMONTE SPRINGS, FL 32714

DELL FINANCIAL SERVICES
P.O.BOX 5292
CAROL STREAM, IL 60197


DETECTALERT, INC
18 W. FEE AVE.
MELBOURNE, FL 32901

DIRECTV
P.O. BOX 60036
LOS ANGELES, CA 90060

DOCTOR'S ASSOCIATES INC
325 BIC DRIVE
MILFORD, CT 06460-3059


DON PEPE'S CUBAN CAFE'
937 WEST STATE ROAD 436
ALTAMONTE SPRINGS, FL 32714

DOUCE FRANCE BAKERY INC.
4085 L.B.McLEOD ROAD  SUITE G
ORLANDO, FL 32811

DOWNTOWN PRODUCE INC
7856 ELLIS ROAD
MELBOURNE, FL 32904


DUNBAR ARMORED
P.O.BOX 333
BALTIMORE, MD 21203

Daniel J. O'Malley, Esq. and Thomas F.
Neal, Esq., DeBeaubien, Knight, et al.
PO Box 87
Orlando, FL 32802-0087

Dauksch Family Partnership
undeliverable

Debi Roland
undeliverable

Debt Acquisition Company of America V, L
1565 Hotel Circle South, #310
San Diego, CA 92108

Debt Acquisition Company of America V, L
1565 Hotel Circle South, Suite 310
San Diego, CA 92116

Decimal Engineering, Inc.
c/o Alan Garey
2640 N. Powerline Road
Pompano Beach, FL 33069

Del Monte Fresh Produce N.A., Inc.
c/o Martyn and Associates
820 Superior Avenue, N.W.
Tenth Floor
Cleveland, OH 44113

Donna & Joseph Marino
138 E. Central Avenue
Howey-in-the-Hills, FL 34737

Mariane L Dorris
Gronek & Latham LLP
390 North Orange Avenue
Suite 600
Orlando, FL 32801

Daniel D. Doyle
1 North Brentwood Blvd. 10th Floor
St. Louis, MO 63105

Dr. Phillips, Inc.
Mary M. Stewart, Esquire
P.O. Box 3753
Orlando, Fl 32802-3753

Dr. Phillips, Inc.
c/o Mary M. Stewart, Esquire
P.O. Box 3753
Orlando, Florida 32802-3753

EARL K. WOOD, TAX COLLECTOR
2110 WEST COLONIAL DR
ORLANDO, FL 32804

EARTHAMERICA
515 WEST 18th STREET
ORLANDO, FL 32805

EASTER SUNRISE SERVICE,INC.
P.O.BOX 560052
ORLANDO, FL 32856

ECOLAB
P.O.BOX 905327
CHARLOTTE, NC 28290

ECOLAB PEST ELIM.DIV.
P.O. BOX 6007
GRAND FORKS, ND 58206

ENCORE GROUP
P.O.BOX 847186
BOSTON, MA 02284-7186

ENTERPRISE COMMUNITY
DEVELOPMENT
871 TOWNE CENTER DRIVE
KISSIMMEE, FL 34759

ERVIN LEASING
3893 RESEARCH PARK DRIVE
ANN ARBOR, MI 48108

ERVIN LEASING CO
3893 RESEARCH PARK DR
ANN ARBOR, MI 48108

EXTRA SPACE STORAGE
1101 MARSHALL FARMS RD
OCOEE, FL 34761

End Users, Inc
2000 S Dairy Ashford
Suite 510
Houston, TX  77077

End Users, Inc.
undeliverable

Ervin Leasing Co
PO Box 1689
Ann Arbor, MI 48106

F.F. South & Co. Inc.
undeliverable

FANTASY of FLIGHT
1400 BROADWAY BLVD.S.E.
POLK CITY, FL 33868

FASHION SEAL UNIFORMS
P. O. BOX 932058
ATLANTA, GA 31193

FEDERAL EXPRESS CORP.
P.O. BOX 94515
PALATINE, IL 60094

FIRST NATIONAL BANK
OF CENTRAL FLORIDA
369 N NEW YORK AVE 2ND FL
WINTER PARK, FL 32789

FL DEPT OF AGRICULTURE
CONSUMER SERVICES
TALLAHASSEE, FL 32314-6720

FL DEPT OF REVENUE
5050 W TENNESSEE ST
TALLAHASSEE, FL 32399

FLORIDA BANCORP SUPPLY,INC
P.O.BOX 560128
ORLANDO, FL 32856

FLORIDA CARBONIC
2914 U.S.301 NORTH
TAMPA, FL 33619

FLORIDA CITRUS SPORTS
CITRUS BOWL CENTRE
ORLANDO, FL 32805

FLORIDA POWER&LIGHT
BREVARD
GENERAL MAIN FACILITY
MIAMI, FL 33188

FLORIDA POWER/PROGRESS
ENERGY
P.O. BOX 33199
ST.PETERSBURG, FL 33733

FLORISTS' TRANSWORLD
DELIVERY
36419 TREASURY CENTER
CHICAGO, IL 60694

FLOWERS, INC. BALLOONS
325 CLEVELAND RD.
BOGART, GA 30622

FLYING FOOD GROUP
5575 S Archer Ave
Chicago, IL 60638

FMS INC.
8028 RITCHIE HWY., SUITE 212
PASADENA, MD 21122

FORD MOTOR CREDIT
P.O. BOX 105697
ATLANTA, GA 30348

FORD MOTOR CREDIT
PO BOX 467369
ATLANTA, GA 31146-7369

FORTRAN GROUP
201 N FRANKLIN ST #3405
TAMPA, FL 33602

FORTRAN GROUP INTL
P.O. BOX  6337
BRANDON, FL 33508

FRANK GAY PLUMBING, INC.
6206 FOREST CITY RD.
ORLANDO, FL 32810

FRESH FARM PRODUCTS,INC.
P.O.BOX 1513
APOPKA, FL 32704

FRESH FOODS DISTRIBUTORS
5101  8TH AV SOUTH
GULFPORT, FL 33707

FRITO-LAY, INC.
BOX# 643104
PITTSBURGH, PA 15264-3104

FUJI PHOTO FILM U.S.A., INC.
DEPT 0480  P.O. BOX 120480
DALLAS, TX 75312

Faison
undeliverable

Farnam Street Financial Inc
C/O Larry B. Ricke
150 S Fifth St Ste 2300
Minneapolis, MN 55402

Farnam Street Financial Inc
C/O Larry B Ricke
150 S Fifth St Ste 2300
Minneapolis, MN 55402

Farnham Street Financial Inc
240 Pondview Plaza
5850 Opus Parkway
Minnetonka, MN 55343

Federal Express Corporation
Attn: Revenue Recovery/Bankruptcy
2005 Corporate Avenue, 2nd Floor
Memphis, TN 38132

Federal Insurance Company
Chubb & Son a Division of FIC
2001 Bryan St Suite 3400
Dallas TX 75201

Federated Capital Corporation
30955 Northwestern Hwy
Farmington Hills MI 48334

Jacqueline E Ferris
Gronek & Latham LLP
390 North Orange Avenue
Suite 600
Orlando, FL 32801

First National Bank of Central Florida
369 N. New York Avenue
Winter Park, FL 32789

First National Bank of Central Florida
c/o Jeffry R. Jontz
PO Box 1961
Winter Park, FL 32790-1961

Fleming Companies Inc
5801 Broadway Ext., #100
OKLAHOMA CITY, OK 73118-7482

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee, FL  32314-6668

```
Florida Dept of Labor            Florida Dept of Revenue          Ford Motor Credit Company
Div of Unempl Comp               Attn:  Fred Rudzik, Asst GC      c/o Roger A. Kelly
Attn:  Michael Metz, Sr Atty     PO Box 6668                      P.O. Box 3146
2012 Capital Circle #307         Tallahassee, FL 32314            Orlando, FL 32802-3146
Tallahassee, FL 32399,  32399


Ford Motot Credit                Fortran Group International Inc   Fortran Group International, Inc.
c/o Roger A. Kelly               C/O Charles D. Bavol             C/O Charles D. Bavol
PO Box 3146                      400 N Ashley Dr Ste 2500         400 N. Ashley Dr Ste 2500
Orlando, FL 32802-3146           PO Box 1440                      PO Box 1440
                                 Tampa, FL 33601-1440,  33601-1440  Tampa, FL 33601-1440


Fortran Group International, Inc.  Fortran Group International, Inc.  Freeman
c/o Michael P. Brundage          c/o Michael P. Brundage, Esq.    PO Box 650036
400 N. Ashley Drive, Suite 2540  Jennis Bowen & Brundage, P.L.    Dallas TX 75265
Tampa, FL 33602                  400 N. Ashley Drive, Ste. 2540
                                 Tampa, FL 33602,  33602


Freeman Decorating Services Inc   Frito-Lay, Inc                  Ftdi
1421 West Mockingbird Lane        PO Box 660228                   3113 Woodcreek Drive
Dallas TX 75247                   Dallas, TX  75266-0228          Downers Grove, IL 60515


Fuji Photo Film USA Inc          GALAXY BUSINESS EQUIPMENT        GBS PRINTED PRODUCTS
200 Summit Lake Drive            P.O.BOX 9298                     & SYSTEMS
Valhalla, NY 10595-1356          DAYTONA BCH., FL 32120           P.O. BOX 2340
                                                                  NORTH CANTON, OH 44720


GE CAPITAL                       GE CAPITAL                       GE CAPITAL CPLC
P.O.BOX 31001-0748               PO BOX 31001-0748                P.O.BOX 532626
PASADENA, CA 91110-0748          PASADENA, CA 91110-0748          ATLANTA, GA 30353


GEORGE WESTON BAKERIES           GET NET SMART                    GMAC
4116 Silver Star Road            2925 De Brocy Way                P.O. BOX 9001951
Orlando, FL 32808                Winter Park, FL 32792            LOUISVILLE, KY 40290-1951


GOODING'S FOUNDATION             GOODING, JONATHAN T              GOODING, MARY LOU
P.O.BOX 691329                   9176 POINT CYPRESS DR            400 SWEETWATER CLUB BLVD
ORLANDO, FL 32869                ORLANDO, FL 32836                LONGWOOD, FL 32779


GROSS COMMUNICATIONS             General Motors Acceptance Corporation  General Motors Acceptance Corporation
2301 LUCIEN WAY,SUITE 180        Rush, Marshall, Jones & Kelly, P.A.    2740 Arthur Street
MAITLAND, FL 32751               c/o Rachel M. Crews                    Roseville, MN  55113-1303
                                 P.O. Box 3146
                                 Orlando, FL 32802-3146


General Motors Acceptance Corporation  General Motors Acceptance Corporation  General Motors Acceptance Corporation
PO Box 78252                     Payment Processing                     c/o Rachael M. Crews
Phoenix, AZ 85062-5252           Post Office Box 78252                  Post Office Box 3146
                                 Phoenix, AZ 85062-5252                 Orlando, FL 32802-3146
```

| | | |
|---|---|---|
| George Chen<br>undeliverable | George Weston Bakeries Inc<br>255 Business Center Drive<br>Horsham, PA 19044 | Robert N Gilbert<br>Carlton Fields PA<br>Post Office Box 150<br>West Palm Beach, FL 33402-0150 |
| Golden B Enterprises<br>P.O.Box 162202<br>Altamonte Springs FL 32716-2202 | Gooding's Supermarkets, Inc.<br>PO Box 691329<br>Orlando, FL 32869 | Grand Lou, LLC<br>930 S. Harbor City Blvd., Ste 505<br>Melbourne, FL 32901 |
| Grantham Dist<br>2685 Hansrob Rd<br>Oorlando FL 32804-3385 | Greater Properties, Inc.<br>c/o Bush Ross, P.A.<br>Attn: Jeffrey W. Warren, Esq.<br>Post Office Box 3913<br>Tampa, FL 33601-3913 | Greater Properties, Inc.<br>c/o Adam Lawton Alpert<br>PO Box 3913<br>Tampa, FL 33601-3913 |
| H&M PRODUCTS,INC<br>7507 KINGSPOINTE PKWY.,#106A<br>ORLANDO, FL 32819 | HAAGEN-DAZS/ESKIMO PIE<br>P.O BOX 905702<br>CHARLOTTE, NC 28290 | HADDON HOUSE FOOD PROD.<br>P.O.BOX 907<br>MEDFORD, NJ 08055 |
| HALLMARK MARKETING CORP#2<br>P.O. Box 419535<br>KANSAS CITY, MO 64141-6535 | HELGET GAS PRODUCTS,INC.<br>10235 GENERAL DRIVE<br>ORLANDO, FL 32824 | HIGH INTENSITY COMM.CLEANING<br>1165 E. PLANT ST.,SUITE 16<br>WINTER GARDEN, FL 34787 |
| HOBART CORP.<br>9777-100 SATELLITE BLVD.<br>ORLANDO, FL 32821 | HORIZON BUSINESS SERVICES<br>1020 GOODLETTE ROAD<br>NAPLES, FL 34102 | HPI INTERNATIONAL,INC.<br>301 FIRST STREET<br>LAKEWOOD, NJ 08701 |
| HUBERT DIST. CO.<br>P.O. BOX 631642<br>CINCINNATI, OH 45263 | HUGHES SUPPLY<br>ONE HUGHES WAY<br>ORLANDO, FL 32805 | HUSSMANN REFRIGERATION, INC.<br>2410 COLLECTION CENTER DR.<br>CHICAGO, IL 60693 |
| Hallmark Marketing Corp.<br>undeliverable | Harvey, Pennington, LTD<br>c/o James E. Huggett, Esq.<br>913 North Market Street, Suite 702<br>WIlmington, DE 19801 | Harvey, Pennington, LTD.<br>c/o James E. Huggett, Esq.<br>913 North Market Street, Suite 702<br>Wilmington, DE 19801 |
| Highland Lakes Assoc<br>undeliverable | Hissho Sushi<br>11949 Steele Creek Rd<br>Charlotte, NC 28273-3773 | Hubert Company, LLC<br>9555 Dry Fork Road<br>Harrison, OH 45030 |
| James E Huggett<br>913 N Market St.  Suite 702<br>Wilmington, DE 19801 | I-RIDE TROLLEY SERVICE<br>7081 GRAND NATIONAL DR #105<br>ORLANDO, FL 32819 | I.D.GEAR INC.<br>35 ARGONAUT,STE. B-2<br>ALISO, CA 92656 |

```
IKON Financial Services          IKON Financial Services          IKON OFFICE SOLUTIONS
1738 Bass Road                   Bankruptcy Administration        6700 SUGARLOAF PKWY
PO Box 13708                     PO Box 13708                     DULUTH, GA 30097
Macon, GA 31208-3708             Macon, GA 31208-3708


IKON OFFICE SOLUTIONS            IMPERIAL PREMIUM FINANCE,INC.    INSURANCE OFFICE OF AMERICA
P.O.BOX 532521                   1001 WINSTEAD DRIVE,SUITE 500    1855 W.STATE ROAD 434
ATLANTA, GA 30353-2521           CARY, NC 27513                   LONGWOOD, FL 32750


INTERNATIONAL SPORTS PROP        INTERSTATE BRANDS CORP           IOS CAPITAL/IKON FINANCIAL
140 CLUB OAKS CT                 P.O. BOX 30000                   PO BOX 740540
WINSTOM-SALEM, NC 27104          ORLANDO, FL 32891-9998           ATLANTA, GA 30374-0540


IREMA FLEXIBLE PLASTICS,LLC      Ikon Office Solutions            Imperial Premium Finance Inc
P.O.BOX 028508                   3920 Arkwright Rd - Suite 400    Imperial A I Credit Companies
MIAMI, FL 33102                  Macon GA 31210                   101 Hudson Street 34th Floor
                                                                  Jersey City, NJ 07302


Internal Revenue Service         Internal Revenue Service         Internal Revenue Svc
850 Trafalgar Court Ste 200      Post Office Box 21126            Spec Proc Function
Group 3300                       Philadelphia PA  19114           PO Box 35045, Stop 5720
Maitland, FL 32751                                                Jacksonville, FL 32202


Interstate Brands Corp           JACKSON LEWIS LLP                JEC CONSULTING & TRADING
PO Box 419627                    ONE NORTH BROADWAY               1411 GERVAIS ST.,SUITE 350
Kansas City, MO 64141-6627       WHITE PLAINS, NY 10601           COLUMBIA, SC 29201


JEFFERSON PILOT FINANCIAL        JIM BUTLER                       JOSEPH S. HURLEY
P.O.BOX 0821                     undeliverable                    2831 INDIGO BAY DR
CAROL STREAM, IL 60132-0821                                       KISSIMMEE, FL 34744


James Taboule, Inc               W. Glenn Jensen                  Jonathan Gooding
830 South County Road 427        Roetzel & Andress, LPA           PO Box 691329
Longwood, FL  32750-6462         301 East Pine Street, Ste. 730   Orlando, FL 32869
                                 Orlando, FL 32801


Jonathan Gooding                 Jeffry R Jontz                   Julius Zimand
c/o Matt Beal, Esq.              Swann & Hadley PA                6434 Cava Alta Dr, #102
PO Box 2809                      1031 W Morse Boulevard           Orlando, FL 32835
Orlando, FL 32802                Post Office Box 1961
                                 Winter Park, FL 32789


Julius Zimand                    K & R FARMS PRODUCE INC.         KIRBY RENTAL SERVICE & SALES
6434 Cavaalta Drive, #102        2601 S. ORANGE BLSM. TR.         411 HAMES AVE.
Orlando, FL 32835                ORLANDO, FL 32805                ORLANDO, FL 32805
```

```
KRISPY KREME DOUGHNUT (GA)         KW Textile, Inc                 Roger A Kelly
P.O. BOX 569                       659 Exchange St                 Rush, Marshall, Jones & Kelly, P.A.
AUGUSTA, GA 30903                  Buffalo, NY 14210               Post Office Box 3146
                                                                   Orlando, FL 32802


Kevin Smith, Esq.                  Kissimmee Window Cleaning       Roy S Kobert
255 S. Orange Ave., Ste 800        P.O. Box 420764                 Post Office Box 4961
Orlando, FL 32801                  Kissimmee, FL  34742-0764       Orlando, FL 32802


LA QUINTA                          LAWTON BROTHERS, INC.           LEANIN' TREE
8504 UNIVERSAL BLVD                P. O. BOX 7635                  6055 LONGBOW DRIVE
ORLANDO, FL 32819                  ORLANDO, FL 32854               BOULDER, CO 80301


LEASE ACCEPTANCE CORP              LF STAFFING SERVICES            LIPTEN & COMPANY
135 S LASALLE                      3700  34TH STREET,SUITE 204     4376 L.B. MCLEOD ROAD
DEPT 8710                          ORLAMDO, FL 32805               ORLANDO, FL 32811
CHICAGO, IL 60674-8710


LOCKING SYSTEMS INTL               LOCKS, DOORS & SAFES, INC.      LOMBARDI'S SEAFOOD, INC.
6025 CINDERLANE PKWY               1680 W. LAKE BRANTLEY           7491 BROKERAGE DRIVE
ORLANDO, FL 32810                  LONGWOOD, FL 32779              ORLANDO, FL 32809


Lance, Inc.                        Larry M Mesches Esq             Leanin' Tree
Attn: Legal Dept                   Koeppel Gottlieb Mesches        PO Box 1247
PO Box 32368                       a/f Phillip Hirsch Special      Northbrook, IL 60065-1247
Charlotte, NC 28232                525 S Flagler Dr #200
                                   W Palm Beach, FL 33401,  33401


Lease Acceptance Corp.             Hywel Leonard                   Linde Gas LLC
undeliverable                      Carlton Fields, PA              PO Box 94737
                                   P.O. Box 3239                   Cleveland OH 44101-4737
                                   Tampa, FL 33601


Lowndes, Drosdick, Doster, Kantor & Reed   Donald K Ludman        MAGIC TOUCH VALET EXPRESS
C/o Matt E. Beal, Esq.             Brown & Connery LLP             3747 SO KIRKMAN ROAD
P.O. Box 2809                      6 North Broad Street            ORLANDO, FL 32811
Orlando, FL 32802                  Woodbury, NJ 08096


MAGNETIC BOOKMARK                  MAINSTREET MEDICAL CENTER       MARLIN LEASING
145 E. NORTHSHORE AV               8723 INTERNATIONAL DR #115      P.O.BOX 13604
N.FT MYERS, FL 33917               ORLANDO, FL 32819               PHILADELPHIA, PA 19101


MARTIN'S FAMOUS PASTRY             MASS MUTUAL                     MATTERN WHOLESALE FLORIST
SHOPPE                             1295 STATE STREET               1215 ATLANTA AVE.
1000 POTATO ROLL LN                SPRINGFIELD, MA 01111-0001      ORLANDO, FL 32806
CHAMBERSBURG, PA 17201-8800
```

```
MDG/VISTAR CORPORATION          MIDFLORIDA ARMORED & ATM        MIRACLE TRADING INC.
1700 AVENUE B                   4314 W. MLK BLVD               7247 INTERNATIONAL DR
KISSIMMEE, FL 34758             TAMPA, FL 33614                ORLANDO, FL 32819


MISSION FOODS SOUTHEAST         MR.GREENJEANS PRODUCE          MURRAY BISCUIT CO. LLC
P.O. BOX 843793                 P.O.BOX 560153                 21430 NETWORK PLACE
DALLAS, TX 75284                ORLANDO, FL 32856              CHICAGO, IL 60673


MUZAK OF FLORIDA                MUZAK of FLORIDA               Marlin Leasing Corporation
3318 LAKEMONT BLVD.             P.O.BOX 538382                 300 Fellowship Road
FORT MILL, SC 29708             ATLANTA, GA 30353-8382         Mount Laurel, NJ 08054


Mary Lou Gooding                Mary Lou Gooding               Mary Meyer Corp
PO Box 691329                   c/o Matt E. Beal, Esq.         PO Box 275
Orlando, FL 32869               PO Box 2809                    Townshend VT 05353
                                Orlando, FL 32802


Match-Up Sportswear, Inc.       Matt Beal, Esquire            Michael J Appleton Esq
1855 W. State Road 434 Front    Lowndes, Drosdick, et al      Appleton Law Offices
Longwood, FL  32750-5036        PO Box 2809                   a/f Kroger Co Inc
                                Orlando, FL 32802-2809         3117 Edgewater Dr
                                                               Orlando, FL 32804,  32804


Michael Phelan as Creditor Agent of the    Michael Phelan as the Creditor Agent of    Monumental Life Insurance Co
6861 S.W. 196 Ave., Suite 201-04           Gooding's Supermarkets, Inc. Creditors T   c/o Roberta A. Colton, Esquire
Pembrook Pines, FL 33332                    c/o W. Glenn Jensen                        Trenam, Kemker, et al.
                                            300 East Pine Street, Suite 730            P. O Box 1102
                                            Orlando, FL 32801,  32801                  Tampa, FL 33601-1102


Monumental Life Insurance Company    NACE                          NASS SERVICE CO. (ORLANDO)
c/o Roberta A. Colton, Esquire       9881 BROKEN LAND PKWY #101     1108 S. WOODS AVE.
Trenam, Kemker, et al.               COLUMBIA, MD 21046            ORLANDO, FL 32805
P. O. Box 1102
Tampa, Florida 33601-1102,  33601-1102


NATIONAL BANKERS SUPPLY,INC.    NATIONAL BULKFOOD DIST         NATIONAL DISTRIBUTING CO
P.O.BOX 810087                  P.O. BOX 633394                4901 SAVARESE CIR
DALLAS, TX 75381                CINCINNATI, OH 45263           TAMPA, FL 33634


NATIONAL LINEN SERVICE          NATURALLY FRESH                NATURE'S FINEST
ALSCO                           LOCKBOX 945913                 P.O.BOX 849967
P.O. BOX 2247                   ATLANTA, GA 30394              DALLAS, TX 75284-9967
ORLANDO, FL 32802


NCB, FSB                        NEW YORK INTERNATIONAL BREAD   NEXTEL COMMUNICATIONS/SPRINT
1725 EYE STREET NW              1500 W. CHURCH STREET          P.O.BOX 4191
SUITE 600                       ORLANDO, FL 32805              CAROL STREAM, IL 60197
WASHINGTON, DC 20006
```

```
NORTH AMERICAN OFFICE SOLUTION        NUCO2 INC.                          National Cooperative Bank
7111 GRAND NATIONAL DR #106           P.O.BOX 3328                        undeliverable
ORLANDO, FL 32819                     STUART, FL 34995


National Cooperative Bank, FSB        National Cooperative Bank, FSB      NeJAMES TABOULE INC
c/o Maureen A. Vitucci                c/o Maureen A. Vitucci              830 SOUTH COUNTY ROAD 427
GrayRobinson, P.A.                    GrayRobinson, P.A.                  LONGWOOD, FL 32750
P.O. Box 3068                         P.O. Box 3068
Orlando, FL 32802-3068                Orlando, FL 32802-3068,  32802-3068


NuCo2,Inc.                            OAKWOOD MECHANICAL SYS              ODOR TEC,INC.
Nicholas LaRose                       P.O.BOX 724                         P.O. BOX 150026
2800 SE Market Place                  AUBURNDALE, FL 33823                ALTAMONTE SPGS, FL 32715
Stuart, FL 34997


OFFICE DEPOT                          ORANGE COUNTY FIRE RESCUE           ORANGE LAKE C.C.
P.O.BOX 633211                        P.O.BOX 5879                        8505 W. IRLO BRONSON HWY.
CINCINNATI, OH 45263                  WINTER PARK, FL 32793               KISSIMMEE, FL 34746


ORLANDO CANDY MAN                     ORLANDO REGIONAL CHAMBER            ORLANDO SENTINEL
13808 SIERRA COURT                    P.O.BOX 1234                        633 N. ORANGE AV-MP 236
CLERMONT, FL 34711                    ORLANDO, FL 32802                   ORLANDO, FL 32801


ORLANDO/ORANGE CO.                    OSCEOLA CTY TAX COLLECTOR           OTIS SPUNKMEYER, INC.
CONVENTION                            ATTN:  PATSY HEFFNER                7090 COLLECTION DRIVE
6700 FORM DRIVE #100                  360 N. BEAUMONT AVE                 CHICAGO, IL 60693
ORLANDO, FL 32821                     KISSIMMEE, FL 34741


Office Depot Inc                      Orange County Tax Collector         Orlando Marketplace, LP
Attn: Bankruptcy Dept                 Attn:  Earl K. Wood                 5454 Wisconsin Ave., Ste 1265
2200 Old Germantown Rd                Post Office Box 2551                Chevy Case, MD 20815
Delray Beach FL 33445                 Orlando, FL  32802


Orlando Utilities Communications      Otis Spunkmeyer Inc                 PAGER MAGIC INC/CELLULAR STORE
undeliverable                         14490 Catalina St                   925 SOUTH SEMORAN BLVD #108
                                      San Leandro Ca 94577                WINTER PARK, FL 32792


PALOMINO SUITES                       PARADIES GIFTS,INC.                 PARAMOUNT PLUMBING INC
8200 PALM PARKWAY                     P.O. BOX 681788                     5831 W. CHURCH STREET
ORLANDO, FL 32819                     ORLANDO, FL 32868                   ORLANDO, FL 32835


PASSAIC AVENUE ASSOCIATES             PATSY HEFFNER,TAX COLL              PEPSI-COLA BOTTLING GROUP
212 WEST MAIN STREET                  P.O.BOX 422105                      PO BOX 844700
SUITE 300                             KISSIMMEE, FL 34742                 DALLAS, TX 75284
DURHAM, NC 27701
```

| | | |
|---|---|---|
| PHILLIP HIRSCH SPECIAL<br>c/o VINCENT JAMES MGMT<br>31 EAST 32 ST #1200<br>NEW YORK, NY 10016 | PINEL & CARPENTER INC.<br>824 NORTH HIGHLAND AV<br>ORLANDO, FL 32803 | PITNEY BOWES<br>P.O. BOX 856460<br>LOUISVILLE, KY 40285 |
| PITNEY BOWES CREDIT CORP<br>PO BOX 856042<br>LOUISVILLE, KY 40285-6042 | PLAYTEX SUNCARE<br>(BANANA BOAT)<br>P.O. BOX 60901<br>CHARLOTTE, NC 28260 | PODS<br>9550 PARK SOUTH COURT #300<br>ORLANDO, FL 32837 |
| POST CARD FACTORY<br>P.O. BOX 100475<br>ATLANTA, GA 30384 | POSTMASTER /SANDLAKE<br>SANDLAKE BRANCH<br>ORLANDO, FL 32819 | PREMIER BEVERAGE COMPANY<br>P.O.BOX 22637<br>TAMPA, FL 33622 |
| PRESENTATION GROUP<br>2702 E.ROBINSON ST<br>ORLANDO, FL 32803 | PRS,INCORPORATED<br>PO Box 852<br>PRS Center,201 Depot St #200<br>LATROBE, PA 15650 | PRUDENT PUBLISHING CO<br>P.O. BOX 360<br>RIDGEFIELD PARK, NJ 07660 |
| PULLMAN BANK & TRUST CO<br>P.O.BOX 94850<br>CHICAGO, IL 60690-4850 | PULLMAN BANK AND TRUST<br>1000 E 111TH ST<br>CHICAGO, IL 60628 | PURCHASE POWER PITNEY BOWES<br>P.O.Box 856042<br>LOUISVILLE, KY 40285 |
| Pacific Life Insurance Co.<br>undeliverable | Jimmy D Parrish<br>Gronek & Latham LLP<br>Post Office Box 3353<br>Orlando, FL 32802 | Pepsi Bottling Group<br>Attn: Renee Cohen<br>1100 Reynolds Blvd<br>Winston-Salem, NC  27105 |
| Roy S. Kobert Philip Hirsch Special<br>c/o Broad and Cassel<br>390 N. Orange Avenue<br>Suite 1100<br>Orlando, FL 32801 | QUICK FUEL FLEET SERVICES<br>P.O.BOX 88249<br>MILWAUKEE, WI 53288-0249 | R.L. SCHREIBER,INC<br>1741 NW 33rd STREET<br>POMPANO BEACH, FL 33064 |
| RAND MCNALLY<br>P.O. BOX 98904<br>CHICAGO, IL 60693 | RAY VALDES, TAX COLLECTOR<br>Post Office Box 630<br>SANFORD, FL 32772 | RAYMOND ZIMMER<br>1524 ROCKINGHAM LANE<br>DELAND, FL 32724 |
| RDS of Florida<br>380 S Northlake Blvd<br>Suite 1040<br>Altamonte Springs, FL  32701 | RECYCLED PAPER GREETING<br>P.O.BOX 95337<br>CHICAGO, IL 60694-5337 | REDDY ICE FACTORY<br>1420 INDUSTRIAL DR<br>NEW SMYRNA BCH, FL 32168 |
| REEDY CREEK IMPROVEMENT<br>UTILITIES DIVISION<br>ORLANDO, FL 32891 | REGAL BOATS<br>2300 JET PORT DRIVE<br>ORLANDO, FL 32825 | REGIONS INTERSTATE BILLING<br>DEPARTMENT 1265<br>P.O. BOX 2153<br>BIRMINGHAM, AL 35287 |

```
RESIDENCE INN-LBV              RETAIL DATA SYSTEMS OF FL          RGIS INVENTORY SPECIALISTS
11450 MARBELLA CT.             380 S. NORTHLAKE BLVD,# 1040       P. O. BOX 77631
ORLANDO, FL 32836             ALTAMONTE SPRINGS, FL 32701         DETROIT, MI 48277-0000


RICK LANDRUM                   ROD NORTHCUTT                      ROTARY CLUB - DR PHILLIPS
KROGER CO LAW DEPT             TAX COLLECTOR                      P.O.BOX 1381
1014 VINE STREET               PO BOX 2500                        WINDERMERE, FL 34786
CINCINNATI, OH 45202          TITUSVILLE, FL 32781


RUG DOCTOR,LP                  RUSS CORTESE                       RUSSELL STOVER CANDIES
P.O. BOX 849958               P.O.BOX 592055                      P.O.BOX 802231
DALLAS, TX 75284              ORLANDO, FL 32859                   KANSAS CITY, MO 64180-2231


RYDER TRANSPORTATION          Recycled Paper Greeting             Eric C Reed
P.O.BOX 402366               3636 N Broadway                     Shutts & Bowen LLP
ATLANTA, GA 30384-2366       Chicago, IL 60613                   300 South Orange Avenue
                                                                 Suite 1000
                                                                 Orlando, FL 32801


Regions Interstate Billing Service, Inc   Revenue Management       Larry B Ricke
PO Box 2250                   One University Plaza                Leonard Street and Deinard
Decatur, AL 35609-2250       Suite 312                           150 South Fifth Street
                             Hackensack, NJ 07601                Suite 2300
                                                                 Minneapolis, MN 55402


Raymond J Rotella            Russell Doerk                        Russell J. Doerk
Kosto & Rotella PA           c/o Gooding's Supermarkets, Inc.     PO Box 691329
619 East Washington Street   8255 International Dr., Suite 120    Orlando, FL 32869
Orlando, FL 32801            Orlando, FL 32819


Russell J. Doerk             Ruth S. Smith                        Ryder Transportation Srv
c/o Matt E. Beal, Esq.       Snodgrass Heirs                      Attn: Jennifer Morris
PO Box 2809                  308 Running Winds Lane               6000 Windward Parkway
Orlando, FL 32802            Maitland, FL 32751                   Alpharetta, GA  30005


SAFECO CREDIT CO             SAMUEL C. ROPER, JR.                 SAMUEL NELSON ESQ
44 OLD RIDGEBURY RD          1209 CHICHESTER AVE.                 GRAHAM, BUILDER ET AL
DANBURY, CT 06810            ORLANDO, FL 32803                    A/F FIRST NATIONAL BANK
                                                                 PO DRAWER 1690
                                                                 WINTER PARK, FL 32790,  32790


SARA LEE COFFEE & TEA        SCENIC CARD & NOVELTY,INC.           SCHWAN'S CONSUMER BRANDS
P.O.BOX 70819                P.O.BOX 784324                       NW5054  P.O.BOX 1450
CHICAGO, IL 60673            WINTER GARDEN, FL 34778              MINNEAPOLIS, MN 55485-5054


SCOTT PARTNERSHIP            SHE CAN INC.                         SHIP SHAPE CELEBRATION INC
ARCHITECTURE                P.O.BOX 593706                       P.O.BOX 470546
423 S. KELLER RD., STE. 200  ORLANDO, FL 32859                   CELEBRATION, FL 34747
ORLANDO, FL 32810
```

```
SIMON PROPERTY GROUP, LP          SIMPLEXGRINNELL                   SKALNY BASKET CO.
Attn: Ronald M. Tucker,           3701 N. JOHN YOUNG PKWY #110      AVERY IMPORTS
115 West Washington Street        ORLANDO, FL 32804                34 CLINTON STREET
Indianapolis, IN 46204                                             BATAVIA, NY 14020


SMART CITY TELECOM                SNODGRASS HEIRS                   SNYDER'S of HANOVER
P.O.BOX 917720                    405 MELANIE WAY                   P.O.BOX 6917
ORLANDO, FL 32891                 MAITLAND, FL 32751                HANOVER, PA 17331


SOUTHEAST ATLANTIC                SPRINT                            ST.PAUL TRAVELERS
1969 W. NEW HAMPSHIRE ST          P.O. BOX 740602                   91287 COLLECTIONS CENTER DR
ORLANDO, FL 32804                 CINCINNATI, OH 45274              CHICAGO, IL 60693-1287


STANDARD COFFEE SERVICE           STATE OF FLORIDA SALES TAX        STATE of FLORIDA
P.O. BOX 62278                    DEPARTMENT OF REVENUE             DISBURSEMENT UNIT
NEW ORLEANS, LA 70162             TALLAHASSEE, FL                   PO BOX 8500
                                                                   TALLAHASSEE, FL 32314-8500


STEMS WHOLESALE FLOWERS           SUN CENTRAL DISTRIBUTING          SUPERVALU /DESIGN SERVICES
2424 ORLANDO CENTRAL PKWY.        P.O. BOX 960805                   88064 EXPEDITE WAY
ORLANDO, FL 32809                 MIAMI, FL 33296                   CHICAGO, IL 60695-0001


SUPERVALU INC                     SWISHER                          SYSCO
AS AGENT                          P.O. BOX 473526                   200 W. Story Road
PO BOX 990                        CHARLOTTE, NC 28247               Ocoee, FL 34761
MINNEAPOLIS, MN 55440


Sanmina-SCI Corporation           Sara Lee Coffee & Tea            Schenck Company
c/o Steven Jackman                Sara Lee Services                3861 Shader Road
2700 N. First Street              111 Corporate Office Drive        attn: Samantha Henry
San Jose, CA 95134                Suite 200                         Orlando, FL 32808
                                  Earth City, MO 63045,  63045


Scherer Construction              Scott Spradley, GrayRobinson     Shoppers World
2909 Fairgreen Street             301 E. Pine Street, Ste 1400      c/o Mark Properties
Orlando, FL 32803-5043            Orlando, FL 32801-1915            107 Grand Street
                                                                   Hoboken, NJ 07030


R Scott Shuker                    Simon Property Group, LP          Simplex Grinnel
Gronek & Latham LLP               c/o Ronald Tucker, Esq.           50 Technology Drive
Post Office Box 3353              115 W Washington Street           Westminster, MA  01441
Orlando, FL 32802                 Indianapolis, IN 46204


Soneet Kapila, State Court Receiver    South Beach Suncare, Inc.    Southern Wine & Spirits
for Philip Hirsch Special              undeliverable                PO Box 76639
c/o Roberta A. Colton, Esquire                                      Tampa FL 33675-1639
Trenam, Kemker, et al.
P. O. Box 1102, Tampa, Florida 33601-110
```

Sprint-Nextel Corp
Nextel Communications
Attn: Bankruptcy
PO Box 172408
Denver, CO 80217-2408, 80217-2408

St. Paul Travelers Insurance Company
National Accounts
1 Tower Square-5MN
Hartford, CT 06183-4044

St. Paul Travelers, National Accounts
1 Tower Square-5MN
Hartford, CT 06183-4044

Standard Coffee Service Company
640 Magazine St
New Orleans, LA 70130

James Stang
100100 Santa Monica Blvd.
Suite 1100
Los Angeles, CA 90067

Mary M Stewart
Dr Phillips Inc
Post Office Box 3753
Orlando, FL 32802

Miriam G Suarez
United States Trustee
135 West Central Boulevard
Suite 620
Orlando, FL 32801

J. Ellsworth Summers Jr.
Rogers Towers, P.A.
1301 Riverplace Blvd. Suite 1500
Jacksonville, FL 32207

Sun Lovers of Central FL
PO Box 618346
Orlando FL 32861-8346

Suncor of Heathrow, Ltd.
undeliverable

Sunshine Forklift, Inc.
undeliverable

Supervalu Inc.
Kimberly J Myrdahl
11840 Valley View Road
Eden Prairie, MN 55344

Sysco Food Services of Central Florida
c/o Stewart Choen, Esq.
1516 E Hillcrest Street, Suite 204
Orlando, FL 32803

Sysco Food Services of Central Florida,
c/o Stewart Cohen, Esq
1516 E. Hillcrest Street, Ste 204
Orlando, FL 32803

T G Lee Foods, Inc
c/o Alex D Madrazo
Dean Foods Company
2515 McKinney Avenue, Suite 1200
Dallas, TX 75201, 75201

T. G. LEE FOODS
PO Box 932689
ATLANTA, GA 31193

TAMPA ARMATURE WORKS, INC.
P.O.BOX 931665
ATLANTA, GA 31193

TANNING RESEARCH LABS
P.O.BOX 116132
ATLANTA, GA 30368

TAYLOR SOFT SERVE
853 WATERWAY PL., SUITE 101
LONGWOOD, FL 32750

TCAM CORE PROPERTY FUND
600 S. North Lake Boulevard
Suite 110
Altamonte Springs, FL 32701

TCAM Core Property Fund Operating, L.P.
c/o Hywel Leonard
Carlton Fields, P.A.
222 Lakeview Avenue, Ste 1400
West Palm Beach, FL 33401, 33401

TCAM Core Property Fund Operating, LP
c/o Robert N. Gilbert
222 Lakeview Avenue, Ste. 1400
West Palm Beach, FL 33401

TCAM Core Property Fund Operating, LP
c/o Robert N. Gilbert
222 Lakeview Avenue, Ste. 1400
West Palm Beach, FL 33401

TCI SOLUTIONS,INS
17752 SKYPARK BLVD #160
IRVINE, CA 92614

TECO PEOPLES GAS
P.O. BOX 31017
TAMPA, FL 33631

TEXACO/SHELL
P.O.BOX 9010
DES MOINES, IA 50368

THE HOME DEPOT
P.O. BOX 9903
MACON, GA 31297

THE KRAFT PIZZA COMPANY
P.O. BOX 4000
WILKES BARRE, PA 18762

THE NEWS GROUP
4070 SHIRLEY DRIVE SW
ATLANTA, GA 30336

TOTAL COMPLIANCE NETWORK
3300 UNIVERSITY DR,SUITE 903
CORAL SPRINGS, FL 33065

| | | |
|---|---|---|
| TREE FREE<br>10 WILCOX CT<br>MARLBOROUGH, NH 03455 | TREE OF LIFE, INC.(SOUTHEAST)<br>DEPT.AT 40091<br>ATLANTA, GA 31192 | TRI-CITY ELECTRICAL CONTRACTOR<br>P.O. BOX 160849<br>ALTAMONTE SPRINGS, FL 32716 |
| TROPICAL NUT & FRUIT INC.<br>P.O.BOX 617138<br>ORLANDO, FL 32861 | TROPICANA CHILLED DSD<br>P.O.BOX 643106<br>PITTSBURGH, PA 15264-3106 | Tanning Research Labs., Inc<br>PO Box 30<br>Murray, KY 42071 |
| Teresa Davidson<br>Volvo Commercial Finance<br>7025 Albert Pick Rd Suite 105<br>P O Box 26131<br>, Greensboro NC 27402 27402 | The Committee of Unsecured Creditors<br>c/o W. Glenn Jensen, Esquire<br>PO Box 231<br>Orlando, FL 32802 | The Kroger Co.<br>c/o Paul SanGiovanni, Esq.<br>Shutts & Bowen LLP<br>P.O. Box 4956<br>Orlando, Florida 32802-4956,  32802-4956 |
| The Kroger Company<br>300 S. Orange Ave., Suite 1000<br>Orlando, FL 32801 | The Kroger Company<br>c/o Paul L. SanGiovanni, Esq.<br>PO Box 4956<br>Orlando, FL 32802-4956 | The Mutual Life Insurance Co of NY<br>undeliverable |
| Tones (Speciality Brands)<br>undeliverable | Tribune Comp d/b/a Sentinel Direct<br>c/o Carol Liotta<br>435 N Michigan Avenue<br>3rd Floor<br>Chicago, IL 60611,  60611 | Triversity Corporation<br>c/o Donald Ludman<br>6 North Broad Street, Suite 100<br>Woodbury, NJ 08096 |
| Triversity Corporation<br>c/o Donald Ludman<br>6 North Broad Street, Suite 100<br>Woodbury, NJ 08096 | Triversity Corporation<br>undeliverable | Triversity Corportion<br>Stephanie Nolan Deviney, Esq<br>Brown & Connery, LLP<br>6 North Broad St, Suite 100<br>Woodbury, NJ 08096, |
| Tropic Star Seafood Inc<br>PO Box 5260<br>Lakeland FL 33807-5260 | Tropicana<br>PO Box 660228<br>Dallas, TX  75266-0228 | Ronald M Tucker<br>Simon Property Group<br>115 West Washington Street<br>Indianapolis, IN 46204 |
| UCF FOUNDATION,INC<br>12424 RESEARCH PKWY<br>SUITE 140<br>ORLANDO, FL 32826-3257 | UNIQUE BEERS,INC<br>808 W. AMELIA ST<br>ORLANDO, FL 32805 | UNITED HEALTHCARE<br>DEPT. CH 10151<br>PALATINE, IL 60055-0151 |
| UNITED STATES TREASURY<br>INTERNAL REVENUE SERVICE<br>OGDEN, UT 84201 | UNITED TELEPHONE/ SPRINT<br>P.O. BOX 96064<br>CHARLOTTE, NC 28296 | UNIVERCELL ACCESSORIES<br>6289 INDIAN MEADOW<br>ORLANDO, FL 32819 |
| US FOODSERVICE<br>P.O.BOX 330<br>LAKELAND, FL 33802 | US LEC CORP.<br>P.O.BOX 601310<br>CHARLOTTE, NC 28260 | USA TODAY<br>305 SEABOARD LANE  #301<br>FRANKLIN, TN 37067-8288 |

Unique Media, Inc.
undeliverable

United States Trustee - ORL
135 W. Central Blvd., Suite 620
Orlando, FL 32801

VALENCIA COMMUNITY COLLEGE
P.O. BOX 4913
ORLANDO, FL 32802

VANASSE HANGEN BRUSTLIN.INC
P.O.BOX 9151
WATERTOWN, MA 02472

VFS Leasing Co
c/o J. Ellsworth Summers, Jr.
1301 Riverplace Boulevard
Suite 1500
Jacksonville, FL 32207

VFS Leasing Co.
P O Box 26131
Greensboro, NC 27402

VISION CARE
P.O.BOX 769209
ROSWELL, GA 30076

VOICESTREAM / T--MOBILE
P.O.BOX 742596
CINCINNATI, OH 45274

VOLVO COMMERCIAL FINANCE
P.O.BOX 7247-0236
PHILADELPHIA, PA 19170-0236

VOORTMAN COOKIES
P.O. BOX 4562
BUFFALO, NY 14240

VSF LEASING CO
PO BOX 26131
GREENSBORO, NC 27402

Vistar Corporation
c/o James I. Stang, Esq.
10100 Santa Monica Blvd.
Suite 1100
Los Angeles, CA 90067

Vistar Corporation
c/o James I. Stang, Esq.
10100 Santa Monica Blvd., Ste 1100
Los Angeles, CA 90067

Maureen A Vitucci
Gray Robinson PA
301 East Pine Street
Suite 1400
Orlando, FL 32802

Voicestream / T-Mobile
PO Box 53410
Bellevue, WA 98015

Volvo Commercial Finance
P.O. Box 26131
7025 Albert Pick Rd., Ste 105 (27409)
Greensboro, NC 27402-6131

Volvo Commercial Finance
c/o Teresa Davidson
PO Box 26131
Greensboro, NC 27402

Volvo Commercial Finance, a division of
Attn: Tracie Dean
7025 Albert Pick Road
Suite 105
Greensboro NC 27409,  27409

Volvo Financial Services, a division of
c/o J. Ellsworth Summers, Jr.
Rogers Towers, P.A.
1301 Riverplace Boulevard, Suite 1500
Jacksonville, FL 32207

Volvo Financial Services, a division of
c/o J. Ellsworth Summers, Jr.
Rogers Towers, P.A.
1301 Riverplace Boulevard, Suite 1500
Jacksonville, Florida 32207,  32207

WACHOVIA BANK,N.A.
P.O.BOX 601083
CHARLOTTE, NC 28260

WALT DISNEY ATTRACTIONS,INC
P.O.BOX 470818
CELEBRATION, FL 34747

WALT DISNEY WORLD COMPANY
P.O.BOX 10000
LAKE BUENA VISTA, FL 32830

WASTE MANAGEMENT
P.O.BOX 9001054
LOUISVILLE, KY 40290

WATER TOWER RETAIL LLC
& UNICORP NAT'L DEVELOPMENT
C/O JEFFREY S WEISS ESQ
PO BOX 2873
ORLANDO, FL 32802,  32802

WEYAND-EAST
P.O. BOX 310259
TAMPA, FL 33680-0259

WINN-DIXIE
3015 COASTLINE DRIVE
ORLANDO, FL

WINN-DIXIE STORES INC
ATTN:  GENERAL COUNSEL
5050 EDGEWOOD COURT
PO BOX B
JACKSONVILLE, FL 32203-0297,  32203-0297

WINTER PARK BLUEPRINT
P.O.BOX 940959
MAITLAND, FL 32794

WINTER PARK CHAMBER Of COMMERC
P.O.BOX 280
WINTER PARK, FL 32790

```
WINTER PARK ICE              WINTER PARK SOFTWARE,INC.      WORLD FOOD BROKERS INC.
1920 COMMERCE OAK AVE.       4806 White Eagle Lane          3936 South Semoran Blvd,swt151
ORLANDO, FL 32808            Hickory, NC 28602              ORLANDO, FL 32822


Walt Disney World (Golf)     Waste management RMC           Water Tower Retail LLC
undeliverable                2421 W Peoria Avenue           7505 West Sand Lake Road
                             Phoenix, AZ 85026              Orlando, FL 32819


Water Tower Retail, LLC      Western Surety Company         Wiginton Fire Systems
Broad and Cassel             333 S Wabash Ave, Floor 41     255 PRIMERA BLVD,SUITE 230
P.O. Box 4961                Chicago IL 60604               LAKE MARY, FL 32746
Orlando, FL 32802


William Dauksch              Woolbright Development, Inc.   Woolbright Development, Inc.
514 Arbor Drive              3200 N. Military Trail, 4th Floor   7600 Dr. Phillips Blvd., Suite 1
Florence, SC 29501           Boca Raton, FL 33431           Orlando, FL 32819


XPEDX - ORLANDO              YERECIC LABEL COMPANY, INC.    Zane Publications, Inc.
2224 HAZELHURST AV           701 HUNT VALLEY RD             undeliverable
ORLANDO, FL 32804            NEW KENSINGTON, PA 15068


Samuel J Zusmann Jr          de Boer Food Importers
Holland & Knight LLp         4001 St Johns Pkwy.
Post Office Box 1526         Sanford, FL 32771
Orlando, FL 32802
```